JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | Case No. 8:25-cv-00958-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ELIZABETH NUNLEY; ETHAN NUNLEY, | |
| Defendants. | |

Based on the Order granting, in part, the Motion for Discharge of Plaintiff Anthem Blue Cross Life and Health Insurance Company ("Plaintiff") and granting in full the Motion for Default Judgment by Defendant Ethan Nunley against Defendant Elizabeth Nunley (Dkt. 33, "Order"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Plaintiff is discharged from all further liability on the group life insurance policy number 466812 issued by Plaintiff to Smith-Ebert LP ("the Policy") and the basic life insurance benefits payable under THE Group Policy for the death of Shawn Nunley (the "Life Insurance Benefits") as to all claims, charges, demands, or otherwise that exist now or may exist in the future;

- 1 -

JUDGMENT

2.     The Defendants-in-Interpleader, Elizabeth Nunley and Ethan Nunley are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against Plaintiff or its agents relating to the Policy or the Life Insurance Benefits;

3.     Defendant-in-Interpleader Elizabeth Nunley, by operation of the default judgment entered against her (see Order) shall take nothing by way of this action;

4.     The Clerk of Court is directed to disburse the total principal of $25,000.00 of interpleaded funds (see Dkt. 18, 19, Receipt No. 2103) , and any interest accrued thereon while on deposit with the Court Registry, by check payable to "Ethan Nunley" and mailed to: Nakase Law Firm, Inc., c/o Brad Nakase, Esq., 2221 Camino Del Rio South, Suite 300, San Diego, CA 92108.

5.     This action is dismissed with prejudice (JS-6).

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: March 9, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

- 2 -
JUDGMENT